# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 09-PO-00141-DLW |
| MICHELLE L. CUSICK | ROBERT C. DUTHIE, III <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded nolo contendre to Count One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 36 C.F.R. 261(a) | Interfering with Forest Officer | May 7, 2009 | 1 |

The Defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant shall notify the court and United States Attorney of any material change in the Defendant's economic circumstances.

September 28, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

September 29, 2009
Date

DEFENDANT:  MICHELLE L. CUSICK
CASE NUMBER:  09-PO-00141-DLW

Judgment-Page 2 of 6

## UNSUPERVISED PROBATION

The Defendant is hereby placed on unsupervised probation for a term of 6 months with the following special conditions:

1. Defendant shall be evaluated by a counselor specializing in anger management at her own expense and fulfill the recommendations of the counselor.

2. Defendant shall furnish a letter to the court from the counselor advising that the Defendant has been evaluated.

3. Upon completion of any recommended counseling, the Defendant shall furnish a letter to the court from the counselor advising that the Defendant has fulfilled the recommendations of the counselor.

4. Defendant shall perform 48 hours of community service within 6 months and furnish written proof of completion of same to the court.

The defendant shall not commit another federal, state, or local crime during the term of her unsupervised probation.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

DEFENDANT: MICHELLE L. CUSICK
CASE NUMBER: 09-PO-00141-DLW                                            Judgment-Page 3 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 | $0.00 |

DEFENDANT: MICHELLE L. CUSICK
CASE NUMBER: 09-PO-00141-DLW

Judgment-Page 4 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.